FILED

2020 Dec-22  AM 08:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOE MYHAND, individually and on behalf of all others similarly situated,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | Civil Action Number |
| **vs.** | ) ) | **2:20-cv-01358-AKK** |
| **THE FRESH MARKET, INC. ,** | ) ) ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

In light of Joe Myhand's notice that the parties have amicably resolved this matter, doc. 4, this case is **DISMISSED WITHOUT PREJUDICE**.  Mr. Myhand has until **January 11, 2021** to file a formal stipulation of dismissal.  Otherwise, after that date, this case will be dismissed with prejudice.

**DONE** the 22nd day of December, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE