## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JOE MYHAND, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**THE FRESH MARKET, INC.,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action Number<br>**2:20-cv-01358-AKK** |

## ORDER

Consistent with Joe Myhand's stipulation of dismissal, doc. 6, the court's December 22, 2020 order, doc. 5, is revised to reflect that this case is **DISMISSED WITH PREJUDICE**.  Costs taxed as paid.

**DONE** the 11th day of January, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE